■ JAMES WILSON et al., Appellants, v JOHN J. CARPINELLO, Respondent.—Appeal from an order of the Supreme Court

(Hughes, J.), entered September 12, 1988 in Albany County, which granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, with costs, upon the opinion of Justice Harold J. Hughes. Mahoney, P. J., Casey, Mikoll, Yesawich, Jr., and Levine, JJ., concur.